IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD BRODSKY,         )<br>                                        )<br>           Petitioner,             )<br>                                        )<br>     vs.                              )<br>                                        )<br> B. CURRY, Warden,           )<br>                                        )<br>           Respondent.          )<br>_____ ) | No. C 08-1218 CRB (PR)<br><br>No. C 08-1574 CRB (PR)<br><br>ORDER |

       On February 29, 2008, petitioner filed a pro se petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging the California Board of Parole Hearings' ("BPH") November 6, 2006 decision to deny him parole. It was assigned civil case number 08-1218 CRB (PR). The court informed petitioner in writing on that same date that the case was deficient because he had not paid the requisite $5.00 filing fee or filed an application to proceed in forma pauperis under 28 U.S.C. § 1915.

       On March 21, 2008, petitioner filed another pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging the BPH's November 6, 2006 decision to deny him parole. Petitioner prefaced the petition with a note explaining that he had submitted the petition earlier, but was not sure if it had been filed. The new petition was assigned civil case number 08-1574 CRB (PR) and, as before, the court informed petitioner in writing that the case was deficient because he had not paid the requisite $5.00 filing fee or filed an application to proceed in forma pauperis under 28 U.S.C. § 1915.

1 | Petitioner has since paid the requisite filing fee in civil case number 08-1574 CRB (PR). All future filing with respect to petitioner's habeas challenge to the BPH's November 6, 2006 decision shall be in civil case number 08-1574 CRB (PR) only. The clerk is instructed to close civil case number 08-1218 CRB (PR) as duplicative and improvidently opened.

An order on the merits of civil case number 08-1574 CRB (PR) will issue shortly.

SO ORDERED.

DATED: April 9, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.08\Brodsky, C1.or1.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD BRODSKY,<br><br>        Plaintiff,<br><br>  v.<br><br>B. CURRY, Warden,<br><br>        Defendant.<br>_____/ | Case Number: CV08-01218 CRB<br><br>CV08-01574 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clifford Brodsky H-07665
CTF Soledad
P.O. Box 689
Soledad, CA 93960-0689

Dated: April 9, 2008

                                        Richard W. Wieking, Clerk
                                        By: Barbara Espinoza, Deputy Clerk